IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRIAN L SIVERTSON,<br><br>    Plaintiff,<br><br> vs.<br><br>HEARTFLOW, INC., a Delaware Corporation,<br><br>    Defendant. | **8:21CV112**<br><br>**JUDGMENT** |

In accordance with the accompanying Memorandum and Order entered today's date, Defendant's Motion for Summary Judgment, Filing No. 41, is granted and judgment is hereby entered in Defendant's favor.

Dated this 17th day of January, 2023.

                BY THE COURT:

                s/ Joseph F. Bataillon
                Senior United States District Judge